# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JACQUELINE HENRY et al. | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-1533-S |
| C.R. BARD INCORPORATED et al. | § § | |

## ORDER

Pursuant to the parties' agreement, *see* ECF Nos. 19, 23, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Amalya Brosell-Christy's claims against Defendants. The parties shall bear their own costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED August 25, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE