UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CABRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 5:20-cv-01779-SAB-KKx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[ECF NO. 51]** |

Before the Court is the parties' Stipulation of Dismissal of Plaintiff Linda Cabrera's Claims Without Prejudice. ECF No. 51. The parties ask the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss Plaintiff's claims in the above-captioned case without prejudice, with each party to bear its own costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Plaintiff Linda Cabrera's Claims Without Prejudice. ECF No. 51, is **accepted**.

//
//
//
//
//
//

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** ~ 1

2. The above-captioned case is **DISMISSED** without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 19th day of April 2021.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Court

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE ~ 2**